UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MACHADO,<br><br>    Petitioner,<br><br>  v.<br><br>J.A. LIZARRAGA,<br><br>    Respondent. | No. 2:19-cv-00997-TLN-AC<br><br>**ORDER** |

  Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On May 10, 2023, the magistrate judge issued findings and recommendations herein which were served on Petitioner, and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 7.) Petitioner has not filed objections to the findings and recommendations.

  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations issued May 10, 2023 (ECF No. 7), are ADOPTED IN FULL;

     2. The petition is SUMMARILY DISMISSED pursuant to Rule 4 of the Habeas Rules Governing § 2254 Cases, and

     3. The Court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

     4. The Clerk of Court is directed to close the case.

Date: June 12, 2023

_____
Troy L. Nunley
United States District Judge